Richard Suzuki, Esq.
Arizona Bar No.: 021348
Suzuki Law Offices
2929 E. Camelback Road, Ste. 224
Phoenix, AZ 85016
Tele:  (602) 842-6762
rj@suzukilawoffices.com
pearl@suzukilawoffices.com
dennis@suzukilawoffices.com

*Attorney for Plaintiff*

and

Shaughn C. Hill, Esq.
Florida Bar No.: 0105998
Morgan & Morgan, Tampa, P.A.
201 N. Franklin, St., 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
SHill@forthepeople.com
KZhang@forthepeople.com

*Attorney for Plaintiff*
(*admitted pro hac vice*)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane Heller,  <br><br>         Plaintiff,  <br><br>     v.  <br><br> Navient Solutions, LLC,  <br><br>         Defendant. | Case No.:  4:19-cv-00059-CKJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, the Plaintiff, Jane Heller, by and through her undersigned attorneys, and hereby gives Notice to the Court of a Promissory Note, which contains an

arbitration provision that governs the matters at issue in this action.  Pursuant to the Promissory Note, the parties are to submit to binding non-judicial arbitration upon demand by either party.  The parties have agreed to arbitrate this matter, and therefore Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice, of the above captioned matter.

Dated: February 27, 2019.

Respectfully submitted,

**/s/ Shaughn C. Hill**
Shaughn C. Hill, Esq.
Florida Bar No.: 105998
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
Primary: SHill@ForThePeople.com

*Attorney for Plaintiff*
*(admitted pro hac vice)*

**SUZUKI LAW OFFICES, L.L.C.**

**/s/  Dennis O'Berry**
Richard Suzuki, Esq.
Dennis O'Berry, Esq.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2019, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esq.